UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MACIAS,<br><br>              Plaintiff,<br><br>v.<br><br>MACY'S, INC., a Delaware corporation, and DOES 1 through 25, inclusive<br><br>              Defendants. | Case No.: 22-CV-1642 TWR (MSB)<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 28) |

Presently before the Court is Plaintiff Rosa Macias and Defendant Macy's. Inc.'s Joint Motion to Dismiss Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ("Joint Mot.," ECF No. 28.)  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety, with each party to bear its own attorneys' fees and costs. The Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: April 17, 2024

Honorable Todd W. Robinson
United States District Judge